UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Marjan Cvijanovic,

    *Plaintiff(s)*,

v.

Bear Fox Marketing, LLC,

    *Defendant(s)*.

No. 1:25-CV-09470

Judge Lindsay C. Jenkins

### JOINT DISCOVERY SCHEDULE

The parties, by and though counsel of record, submit this joint discovery schedule. The parties submit this joint discovery schedule as a supplementation to the Joint Initial Status Report (Dkt. 11).

1. **Case Plan**:

    A. Submit a proposal for a discovery plan, including the following information:

    (1) The general type of discovery needed, Written discovery and depositions (the parties, depositions of current and former employees of the Defendant, and potentially other fact witnesses). The parties are also evaluating whether any e-discovery may be needed.

    (2) A date for Rule 26(a)(1) disclosures. February 13, 2026

    (3) First date by which to issue written discovery. March 13, 2026

    (4) A date for any amendments to the pleadings. August 11, 2026

    (5) A fact discovery completion date. November 13, 2026

    (6) An expert discovery completion date, including dates for the delivery of expert reports; and

    - Plaintiff's disclosure of expert witnesses, including reports, by: August 31, 2026
    - Defendant's disclosure of expert witnesses, including reports, by: September 30, 2026
    - Plaintiff's disclosure of rebuttal expert witnesses, including reports, by: October 14, 2026

The parties are still assessing the need for expert discovery.

(7) A date for the filing of dispositive motions. December 14, 2026.

B. With respect to trial, indicate the following:

(1) Whether a jury trial is requested; and

The parties request a jury trial

(2) The probable length of trial. 4 days

Dated: January 15, 2026

By: s:/ Peter T. Sadelski

    Peter T. Sadelski
    Sadelski Law, PLLC
    1 North State Street, Suite 1506
    Chicago, Illinois 60602
    Ph: 312-625-6564
    Email: peter.sadelski@sadelskilaw.com

    *Attorney for Plaintiff*

By: s:/ Heather Becker

Heather Becker (6280584)
LANER MUCHIN, LTD.
515 North State Street, Suite 2800
Chicago, IL 60654
(312) 467-9800

Carsten A. Peterson
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
Boise, ID 83702
(208) 388-4894

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 15th day of January, 2026, I electronically filed the foregoing JOINT DISCOVERY SCHEDULE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Peter T. Sadelski<br>ED FOX & ASSOCIATES, LTD. | petersadelski@efoxlaw.com |
| Edward M. Fox<br>ED FOX & ASSOCIATES, LTD. | efox@efox-law.com |

 

                                                S:/ Heather Becker<br>
                                                Heather Becker